## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

IN RE:  
Rachel L. Gaither

Case No.:17–10910–jal

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

Final Decree, discharging trustee, if applicable, and canceling bond. Case closed without discharge. Debtor has not filed a Financial Management Course Certificate proving compliance with the required instructional course requirement for discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion. (Preston, T)

Dated: 1/3/18

ENTERED BY ORDER OF THE COURT  
United States Bankruptcy Court  
Elizabeth H. Parks