# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:                                                    Case No.: 17-10910-jal
Rachel L. Gaither

Debtor(s)                          Chapter 7

## MOTION TO REOPEN

Come now the Debtor, Rachel Gaither, by counsel, and hereby moves the Court to Reopen the instant action. In support of said Motion, the Debtors state as follows:

On or about January 3rd, 2018 this matter was closed without discharge as Debtor had not filed her Financial Management Certificate. In that regard, said Financial Management Certificate is attached hereto, and Debtor respectfully requests that this matter be reopened so that she might file the same.  Debtor had mistakenly, forgotten to complete her financial management course.  However, Debtor was able to complete it.

WHEREFORE, the debtor move the Court for an Order consistent with the arguments raised herein.

**\* Any objections to this Motion must be filed within 14 days of the Certificate of Service date below. Should no objection be received, an Order approving this Motion to may be entered.**

Harlan Judd & Associates, PSC
869 Broadway Avenue
P.O. Box 51093
Bowling Green, KY 42101

Telephone:  (270) 904-4141
Facsimile:  (888) 590-2842

*s/Harlan E. Judd, III*

_____

Harlan E. Judd, III

This the 17th day of January, 2018.

*/s/ Harlan E. Judd, III*

_____

Harlan E. Judd, III